J. MICHAEL SUMMEROUR, Bar No. 116500
Michael.Summerour@bbklaw.com
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA  92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

Attorneys for Defendant
Mount San Jacinto Winter Park Authority,
dba Palm Springs Aerial Tramway

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MAGDALENE KIRKEBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOUNT SAN JACINTO WINTER PARK AUTHORITY, a Public Corporation, doing business as PALM SPRINGS AERIAL TRAMWAY; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.  EDCV 08-00746 SGL (OPx)<br>Judge:  Hon. Stephen G. Larson<br><br>**ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL

# **ORDER**

Based on the Joint Stipulation of Dismissal by and between the Parties to this action, through their designated counsel, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety, and with prejudice.

Dated: April 23, 2009.     _____
                           HON. STEPHEN G. LARSON

Submitted By:

LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.


By:     _____/S/_____
        JERRY D. UNDERWOOD
        Attorneys for Plaintiff
        Margaret Kirkeby


BEST BEST & KRIEGER LLP


By:     _____/S/_____
        J. MICHAEL SUMMEROUR
        Attorneys for Defendant
        Mount San Jacinto Winter Park Authority,
        dba Palm Springs Aerial Tramway

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
3750 UNIVERSITY AVENUE, SUITE 400
P.O. BOX 1028
RIVERSIDE, CA 92502